UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

SCOTT DOUMAS,

        Defendant.
----------------------------------------------------------------------X

For Online Publication Only

**ORDER**
13-CR-120 (JMA)

**FILED**
**CLERK**
12/22/2020 9:14 am
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**APPEARANCES:**

Linda I. Marks
U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
    *Attorney for the United States*

Peter J. Tomao
600 Old Country Road
Suite 328
Garden City, NY 11530
    *Attorney for Defendant Scott Doumas*

**AZRACK, United States District Judge:**

On May 28, 2020, defendant Scott Doumas ("Defendant") moved for compassionate release following the onset of the COVID-19 pandemic. (ECF Nos. 582.) Though the Court denied his motion because the Section 3553(a) sentencing factors weighed against granting him compassionate release, the application was denied "without prejudice to its renewal should Defendant's condition or the situation at his facility materially worsen." (Id. at 7.)

Several months later, Defendant has again moved for compassionate release. (ECF No. 604.) Because of increasing cases at his facility and his own positive test, Defendant argues that the Section 3553(a) factors now weigh in favor of granting the motion. The Court has considered Defendant's arguments and the government's response and finds that the updated situation does

not alter the Court's prior analysis of the Section 3553(a) factors.  (ECF No. 589 at 6-7.)

Accordingly, Defendant's motion is **DENIED** without prejudice.

**SO ORDERED.**

Dated:  December 22, 2020
         Central Islip, New York

                                                            /s/ (JMA)
                                                    JOAN M. AZRACK
                                                    UNITED STATES DISTRICT JUDGE